UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO SLAPPEY,

          Plaintiff,          No. 07-CV-11185-DT

vs.          Hon. Gerald E. Rosen

PATRICIA CARUSO, et al.,

          Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S FEBRUARY 20, 2008
REPORTS AND RECOMMENDATIONS AND DISMISSING
PLAINTIFF'S COMPLAINT, IN ITS ENTIRETY, WITH PREJUDICE

          At a session of said Court, held in
          the U.S. Courthouse, Detroit, Michigan
          on __March 27, 2008_____

          PRESENT: Honorable Gerald E. Rosen
                          United States District Judge

This prisoner civil rights matter is presently before the Court on two Reports and Recommendations (R&Rs) filed by United States Magistrate Judge Paul J. Komives on February 20, 2008 recommending that the Court (1) grant Defendants' Motion for Summary Judgment [Dkt. # 16] and (2) deny Plaintiff's Motion for a Temporary Restraining Order and Preliminary/Permanent Injunction [Dkt. # 27]. Plaintiff was granted an extension of time until March 24, 2008 to file objections to the R&Rs but no timely objections have been filed.

Having reviewed the Magistrate Judge's R&Rs and the entire record of this

matter, the Court has concluded that, for the reasons stated in the February 20, 2008 Reports and Recommendations Defendants' motion for summary judgment should be granted and Plaintiff's Motion for injunctive relief should be denied.

NOW, THEREFORE,

IT IS HEREBY ORDERED Magistrate Judge Komives's two February 20, 2008 Reports and Recommendations are hereby adopted by the Court.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment **[Dkt. # 16]** is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Temporary Restraining Order and a Preliminary/Permanent Injunction **[Dkt. # 27]** is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Complaint be DISMISSED, in its entirety, WITH PREJUDICE.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: March 27, 2008

I hereby certify that a copy of the foregoing document was served upon Lorenzo Slappey and counsel of record on March 27, 2008, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager